AUSTIN, TEXAS

25,679-24

ARTHUR LOWE #669750
HUGHES UNIT.
RT. 2. BOX 4400
GATESVILLE, TEXAS
76597

July 24, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

RE: ARTHUR DAVID LOWE
  CCA NO. WR-25,679-24 ; TR. CAUSE NO. 659156

Dear (CCA), Clerk, Abel Acosta.

   I'm writing for information concerning the above Writ number. I haven't received any information from you or your office.

   I sent a previous letter requesting information over Two-weeks ago.

   I mailed for filing by my date and signature July 10, 2015. but the sequence of your office filing would show the above file number of the 'MOTION FOR LEAVE TO FILE WRIT OF MANDAMUS.'

   I truly appreciate your consideration. THANK YOU... May GOD bless you, your family and friends.

Sincerely
Arthur Lowe
ARTHUR DAVID LOWE
TDCJ-ID #669750